**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **JOHNNIE FAYE PRICE, INDIVIDUALLY** | \* **CIVIL ACTION NO.** |
| **AND ON BEHALF OF THE ESTATE OF** | \* **5:10-cv-1377** |
| **DECEDENT, BIRDIA SMITH** | \* |
| | \* |
| **Plaintiffs,** | \* |
| | \* |
| **VERSUS** | \* **JUDGE ELIZABETH FOOTE** |
| | \* |
| **NEXION HEALTH AT MINDEN, INC. d/b/a** | \* **MAGISTRATE JUDGE HORNSBY** |
| **MEADOWVIEW HEALTH AND** | \* |
| **REHABILITATION CENTER** | \* |
| | \* |
| | \* |
| **Defendant.** | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the Foregoing Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's, Johnnie Faye Price, Individually and on Behalf of the Estate of Decedent, Birdia Smith, claims against Defendant, Nexion Health at Minden, Inc., d/b/a Meadowview Health and Rehabilitation Center, are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED, in Shreveport, Louisiana, this 12th day of July, 2011.

_____
**THE HONORABLE ELIZABETH E. FOOTE**

930418.1